UNITED STATES BANKRUPTCY COURT
_____ DISTRICT OF _____

In re **Reynolds, Jennifer C.**

Case No. **3:14-bk 28210**
Reporting Period: **Jan 1 - Jan 31**

## MONTHLY OPERATING REPORT
### (INDIVIDUAL WAGE EARNERS)

File with Court and submit copy to United States Trustee within 20 days after end of month

Include FORM MOR-1 (INDV) if debtor is a wage earner.
Substitute FORM MOR-2 (RE) for MOR-2 if case is a Single Asset Real Estate case.
Submit copy of report to any official committee appointed in the case.

| REQUIRED DOCUMENTS | Form No. | Document Attached | Explanation Attached |
|---|---|---|---|
| Schedule of Cash Receipts and Disbursements | MOR-1 (INDV) | | |
| Bank Reconciliation (or copies of debtor's bank reconciliations) | MOR-1 (CONT) | | |
| Copies of bank statements | | ✓ | |
| Cash disbursements journals | | ✓ | |
| Statement of Operations | | ✓ | |
| Balance Sheet | | | |
| Status of Postpetition Taxes | | | |
| Copies of IRS Form 6123 or payment receipt | | | |
| Copies of tax returns filed during reporting period | | | |
| Summary of Unpaid Postpetition Debts | | | |
| Listing of aged accounts payable | | | |
| Accounts Receivable Reconciliation and Aging | | | |
| Debtor Questionnaire | | | |

I declare under penalty of perjury (28 U.S.C. Section 1746) that the documents attached to this report are true and correct to the best of my knowledge and belief.

_Jennifer C Reynolds_     **2-19-2015**
Signature of Debtor           Date

_____
Signature of Joint Debtor           Date

_____
Signature of Authorized Individual*    Date

_____
Printed Name of Authorized Individual    Title of Authorized Individual

*Authorized individual must be an officer, director or shareholder if debtor is a corporation; a partner if debtor is a partnership; a manager or member if debtor is a limited liability company.

FORM MOR (INDV)
(9/99)

In re: **Reynolds, Jennifer C** (Debtor)
Case No. **3:14-bk-28210**
Reporting Period: **Jan 1 - Jan 31**

## INDIVIDUAL DEBTOR CASH RECEIPTS AND CASH DISBURSEMENTS
(This Form must be submitted for each Bank Account maintained by the Debtor)

Amounts reported should be per the debtor's books, not the bank statement. The beginning cash should be the ending cash from the prior month or, if this is the first report, the amount should be the balance on the date the petition was filed. Attach the bank statements and a detailed list of all disbursements made during the report period that includes the date, the check number, the payee, the transaction description, and the amount. A bank reconciliation must be attached for each account. [See MOR-1 (INDV) (CONT)]

| | Current Month Actual | Cumulative Filing to Date Actual |
|---|---|---|
| Cash - Beginning of Month | 80.93 | |
| **RECEIPTS** | | |
| Wages (Net) | 3855.95 | |
| Interest and Dividend Income | | |
| Alimony and Child Support | | |
| Social Security and Pension Income | | |
| Sale of Assets | | |
| Other Income (attach schedule) return | 21.39 | |
| **Total Receipts** | 3877.34 | 3958.27 |
| **DISBURSEMENTS** | | |
| **ORDINARY ITEMS** | | |
| Mortgage Payment(s) | | |
| Rental Payment(s) | | |
| Other Secured Note Payments | | |
| Utilities | 412.46 | |
| Insurance | 471.49 | |
| Auto Expense | 123.00 | |
| Lease Payments | | |
| IRA Contributions | | |
| Repairs and Maintenance | | |
| Medical Expenses | | |
| Household Expenses | 1706.90 | |
| Charitable Contributions | | |
| Alimony and Child Support Payments | | |
| Taxes - Real Estate | | |
| Taxes - Personal Property | | |
| Taxes - Other (attach schedule) | | 177.75 |
| Travel and Entertainment | | 196.03 |
| Gifts | | |
| Other (attach schedule) | 3093.31 | |
| Total Ordinary Disbursements | | |
| **REORGANIZATION ITEMS** | | |
| Professional Fees | | |
| U.S. Trustee Fees | | |
| Other Reorganization Expenses (attach schedule) | | |
| Total Reorganization Items | | |
| **Total Disbursements (Ordinary + Reorganization)** | 3093.31 | |
| Net Cash Flow (Total Receipts - Total Disbursements) | | |
| Cash - End of Month (Must equal reconciled bank statement) | 804.96 | |

FORM MOR-1(INDV)
(9/99)

In re **Reynolds, Jennifer C**  
Debtor

Case No. 3:14-bk-28210  
Reporting Period: Jan 1 – Jan 31 2015

## INDIVIDUAL DEBTOR CASH RECEIPTS AND CASH DISBURSEMENTS – continuation sheet

| BREAKDOWN OF OTHER CATEGORY | Current Month Actual | Cumulative Filing to Date Actual |
|---|---|---|
| **Other Income** | | |
|  | | |
|  | | |
|  | | |
|  | | |
| **Other Taxes** | | |
|  | | |
|  | | |
|  | | |
|  | | |
| **Other Ordinary Disbursements** | | |
|  | | |
|  | | |
|  | | |
|  | | |
|  | | |
| **Other Reorganization Expenses** | | |
|  | | |
|  | | |
|  | | |
|  | | |
|  | | |

FORM MOR-1 (INDV) (CONT)  
(9/99)

| Date | | Description | | Amount | Balance |
|---|---|---|---|---|---|
| 12/22/2014 | | DDA PURCHASE 68621601 | JIFFY LUBE 264 | $103.76 | $445.08 |
| 12/22/2014 | | VISA DDA PUR 463105 | ALEX AND ANI RD | $26.?? | $?? |
| 12/22/2014 | | DDA PURCHASE 04356331 | NNT KMART 7 | $59.31 | $323.71 |
| 12/22/2014 | | DDA PURCHASE SP 904 | WET SEAL SONG | $?? | $?? |
| 12/22/2014 | 103 | CHECK | | $32.00 | $248.91 |
| 12/22/2014 | | DDA PURCHASE 0000000 | EXPRESS SONG | $25.00 | $223.91 |
| 12/22/2014 | | VISA DDA PUR 476501 | NAPLES PIZZA | $23.00 | $200.91 |
| 12/22/2014 | | VISA DDA PUR 409210 | STARBUCKS 0728 | $?? | $180.91 |
| 12/22/2014 | | VISA DDA PUR 444500 | MARSHALLS 0036 | $9.61 | $171.30 |
| 12/22/2014 | | DDA PURCHASE 19268 | MARSHALLS MA | $9.61 | $161.69 |
| 12/22/2014 | | DDA PURCHASE 316035 | DEAN S NATURA | $4.27 | $157.42 |

| Date | Description | Amount | Balance |
|---|---|---|---|
| 01/06/2015 | NJ NATURALGAS EBILL | $330.00 | $540.73 |
| 01/06/2015 | DDA PURCHASE [illegible] STAPLES INC | [illegible] | [illegible] |
| 01/07/2015 | DDA PURCHASE 17906701 A P 70927 | $111.38 | $392.99 |

**TD Bank**
America's Most Convenient Bank®

STATEMENT OF ACCOUNT

JENNIFER C REYNOLDS
DIP CASE 14-28210 DIST NJ

Page: 4 of 6
Statement Period: Dec 18 2014-Jan 17 2015
Cust Ref #: 4305708947-039-T-###
Primary Account #: 430-5708947

## DAILY ACCOUNT ACTIVITY

### Electronic Payments (continued)

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 12/22 | DEBIT CARD PURCHASE, *****45094167604, AUT 122014 VISA DDA PUR STARBUCKS 07289 SHREWSB   SHREWSBURY   * NJ | 20.00 |
| 12/22 | DEBIT CARD PURCHASE, *****45094167604, AUT 122014 VISA DDA PUR MARSHALLS 0036   SHREWSBURY   * NJ | 9.61 |
| 12/22 | DEBIT POS, *****45094167604, AUT 122014 DDA PURCHASE MARSHALLS MARSHALLS   SHREWSBURY   * NJ | 9.61 |
| 12/22 | DEBIT POS, *****45094167604, AUT 122014 DDA PURCHASE DEAN S NATURAL FOO   SHREWSBURY   * NJ | 4.27 |
| 12/22 | DEBIT CARD PURCHASE, *****45094167604, AUT 121914 VISA DDA PUR STARBUCKS 07289 SHREWSB   SHREWSBURY   * NJ | 1.70 |
| 12/24 | DEBIT CARD PURCHASE, *****45094167604, AUT 122214 VISA DDA PUR JOE LEONES GASTRONOMIA   SEA GIRT   * NJ | 25.98 |
| 12/24 | DEBIT CARD PURCHASE, *****45094167604, AUT 122314 VISA DDA PUR SQ  ROOK COFFEE   WALL TOWNSHIP * NJ | 25.00 |
| 12/29 | DEBIT CARD PURCHASE, *****45094167604, AUT 122714 VISA DDA PUR DUNKIN 301924  Q35   BELMAR   * NJ | 13.81 |
| 1/2 | DEBIT CARD PURCHASE, *****45094167604, AUT 123114 VISA DDA PUR BAR ANTICIPATION   LAKE COMO   * NJ | 37.25 |
| 1/2 | DEBIT CARD PAYMENT, *****45094167604, AUT 122814 VISA DDA PUR SHUTTERFLY COM   8882468424   * CA | 14.53 |
| 1/2 | DEBIT POS, *****45094167604, AUT 010215 DDA PURCHASE USPS 3380850606   SPRING LAKE   * NJ | 6.00 |
| 1/2 | DEBIT CARD PURCHASE, *****45094167604, AUT 123114 VISA DDA PUR CARRINGTON COURT INC   828 9942003   * NC | 5.50 |
| 1/5 | DEBIT POS, *****45094167604, AUT 010515 DDA PURCH W/CB RITE AID CORP   SPRING LAKE   * NJ | 151.00 |
| 1/5 | ELECTRONIC PMT-WEB, MACYS WEB PYMT ONLINE PMT 239 | 77.94 |
| 1/5 | DEBIT CARD PURCHASE, *****45094167604, AUT 010215 VISA DDA PUR NAPLES PIZZA   SPRING LAKE   * NJ | 77.00 |
| 1/5 | DEBIT CARD PURCHASE, *****45094167604, AUT 010315 VISA DDA PUR CLAIREBELLA   866 675 8037   * CA | 46.45 |
| 1/5 | DEBIT POS, *****45094167604, AUT 010315 DDA PURCHASE J CREW 708   SHREWSBURY   * NJ | 33.83 |
| 1/5 | DEBIT CARD PAYMENT, *****45094167604, AUT 010115 VISA DDA PUR MSF  WOW WALL   732 4104320   * NJ | 27.79 |
| 1/5 | DEBIT CARD PURCHASE, *****45094167604, AUT 010315 VISA DDA PUR POPS GARAGE   SHREWSBURY   * NJ | 25.33 |
| 1/5 | DEBIT CARD PURCHASE, *****45094167604, AUT 010315 VISA DDA PUR STARBUCKS 07289 SHREWSB   SHREWSBURY   * NJ | 20.00 |
| 1/5 | DEBIT CARD PURCHASE, *****45094167604, AUT 010315 VISA DDA PUR APL  ITUNES COM BILL   866 712 7753   * CA | 1.38 |
| 1/6 | ELECTRONIC PMT-WEB, NJ NATURALGAS EBILL ****1346010215 | 330.00 |

**Call 1-800-937-2000 for 24-hour Bank-by-Phone services or connect to www.tdbank.com**

Bank Deposits FDIC Insured | TD Bank, N.A. | Equal Housing Lender

**TD Bank**
America's Most Convenient Bank®

**STATEMENT OF ACCOUNT**

JENNIFER C REYNOLDS
DIP CASE 14-28210 DIST NJ

Page: 5 of 6
Statement Period: Dec 18 2014-Jan 17 2015
Cust Ref #: 4305708947-039-T-###
Primary Account #: 430-5708947

## DAILY ACCOUNT ACTIVITY

### Electronic Payments (continued)

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 1/6 | DEBIT POS, *****45094167604, AUT 010615 DDA PURCHASE<br>STAPLES INC     SHREWSBURY   * NJ | 36.36 |
| 1/7 | DEBIT POS, *****45094167604, AUT 010715 DDA PURCHASE<br>A P 70927     WALL TOWNSHI * NJ | 111.38 |
| 1/8 | DEBIT CARD PURCHASE, *****45094167604, AUT 010615 VISA DDA PUR<br>BAR ANTICIPATION     LAKE COMO   * NJ | 99.25 |
| 1/8 | DEBIT CARD PURCHASE, *****45094167604, AUT 010715 VISA DDA PUR<br>STYLING CO     BELMAR     * NJ | 75.00 |
| 1/8 | DEBIT POS, *****45094167604, AUT 010815 DDA PURCHASE<br>J CREW 708     SHREWSBURY  * NJ | 15.64 |
| 1/9 | DEBIT CARD PURCHASE, *****45094167604, AUT 010715 VISA DDA PUR<br>JOE LEONES GASTRONOMIA   SEA GIRT    * NJ | 25.98 |
| 1/9 | DEBIT POS, *****45094167604, AUT 010915 DDA PURCHASE<br>SUPER FOODTOWN 267     RED BANK   * NJ | 9.54 |
| 1/12 | DEBIT CARD PURCHASE, *****45094167604, AUT 011115 VISA DDA PUR<br>STARBUCKS 07289 SHREWSB   SHREWSBURY   * NJ | 5.68 |
| 1/12 | DEBIT POS, *****45094167604, AUT 011015 DDA PURCHASE<br>DOLLAR TREE 03793     WALL TOWNSHP * NJ | 5.35 |
| 1/13 | ELECTRONIC PMT-WEB, BLOOMINGDALES ONLINE PMT 229 | 39.28 |
| 1/13 | DEBIT POS, *****45094167604, AUT 011315 DDA PURCHASE<br>J CREW 708     SHREWSBURY  * NJ | 17.49 |
| 1/13 | DEBIT POS, *****45094167604, AUT 011315 DDA PURCHASE<br>SUPER FOODTOWN 267     RED BANK   * NJ | 12.91 |
| 1/14 | DEBIT POS, *****45094167604, AUT 011415 DDA PURCH W/CB<br>RITE AID CORP     MANASQUAN   * NJ | 60.00 |
| 1/14 | DEBIT CARD PURCHASE, *****45094167604, AUT 011215 VISA DDA PUR<br>SUNOCO 0013787712     WALL TOWNSHIP * NJ | 20.00 |
| 1/15 | DEBIT CARD PURCHASE, *****45094167604, AUT 011415 VISA DDA PUR<br>JOSEPH S DELICATESSEN     SPRING LAKE  * NJ | 8.56 |
| 1/15 | DEBIT CARD PURCHASE, *****45094167604, AUT 011415 VISA DDA PUR<br>APL ITUNES COM BILL   866 712 7753 * CA | 1.38 |
| 1/16 | NONTD ATM DEBIT, *****45094167604, AUT 011615 DDA WITHDRAW<br>KEY WEST     KEY WEST   * FL | 203.00 |
| 1/16 | DEBIT POS, *****45094167604, AUT 011615 DDA PURCH W/CB<br>WALGREENS     KEY WEST    * FL | 53.44 |
|  | Subtotal: | 3,161.06 |

### DAILY BALANCE SUMMARY

| DATE | BALANCE | DATE | BALANCE |
|---|---|---|---|
| 12/17 | 436.55 | 12/23 | 95.72 |
| 12/18 | 184.30 | 12/24 | 44.74 |
| 12/19 | 1,030.58 | 12/29 | 30.93 |
| 12/22 | 155.72 | 12/30 | 80.93 |

**Call 1-800-937-2000 for 24-hour Bank-by-Phone services or connect to www.tdbank.com**

Bank Deposits FDIC Insured | TD Bank, N.A. | Equal Housing Lender

**TD Bank**

America's Most Convenient Bank®

JENNIFER C REYNOLDS
DIP CASE 14-28210 DIST NJ
221 HOWELL AVENUE
SPRING LAKE NJ 07762



039 / Chapter 11 Checking          4305708947

| Date | | Description | | Amount | Balance |
|---|---|---|---|---|---|
| 01/30/2015 | | PURCHASE 316035 | DEAN'S NATURA | | $1,199.96 |
| 01/30/2015 | | VISA DDA PUR 469216 | STARBUCKS 0728 | $5.00 | $1,194.96 |
| 02/02/2015 | | NJ NATURAL GAS EBPP | | $390.00 | $804.96 |
| 02/02/2015 | | DDA PURCHASE 17906701 | A P 70927 | $125.30 | $739.66 |
| 02/02/2015 | | VISA DDA PUR 427502 | BOTTLES OF OLS | $16.04 | $723.62 |
| 02/03/2015 | 107 | CHECK | | $325.00 | $398.62 |
| 02/03/2015 | | VISA DDA PUR 482824 | BAR ANTIC PATIO | $40.24 | $358.38 |
| 02/03/2015 | | DDA PURCHASE 319356 | HARMONSTORE | $18.47 | $339.91 |
| 02/03/2015 | | DDA PURCHASE 519426 | S CREAS 768 | $13.99 | $325.92 |
| 02/03/2015 | | VISA DDA PUR 469216 | STARBUCKS 0728 | $10.00 | $315.92 |
| 02/03/2015 | | DDA PURCHASE 316035 | DEAN'S NATURA | $5.64 | |

Feb. 20. 2015 8:22AM　　　　　　　　　　　　　　　　　　　　　　　　　　No. 5160　P. 11
Case 14-28210-MBK    Doc 29    Filed 02/20/15    Entered 02/20/15 12:49:42    Desc Main
　　　　　　　　　　　　　　　Document      Page 10 of 10

## Check Transactions

| Number | Date | Amount | Number | Date | Amount | Number | Date | Amount |
|---|---|---|---|---|---|---|---|---|
| 105 | 1/21/2015 | $477.17 | homeowners | | | | | |
| 106 | 1/23/2015 | $120.00 | char. marathon | | | | | |
| 107 | 2/3/2015 | $325.00 | trustee (US trustee fee) | | | | | |