UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

FORMAN HOLT ELIADES & YOUNGMAN LLC
80 Route 4 East, Suite 290
Paramus, NJ 07652
(201) 845-1000
Attorneys for Catherine E. Youngman
Chapter 7 Trustee

In Re:

JENNIFER C. REYNOLDS,

                    Debtor.

Case No.: 14-28210-MBK

Judge: Michael B. Kaplan

Chapter: 7

## CERTIFICATION OF SALVATORE VENTRE, III, IN SUPPORT OF APPLICATION FOR RETENTION OF RE/MAX AS REAL ESTATE BROKER FOR CHAPTER 7 TRUSTEE

I, Salvatore Ventre, III, being of full age, certify as follows:

1. Re/Max is seeking authorization to be retained as real estate broker.

2. I am a licensed real estate agent in the State of New Jersey, specializing in residential listings.

3. I am affiliated with Re/Max with offices located at 113 Tindall Road, Middletown, New Jersey 07748.

4. The Trustee and Re/Max have entered into a listing agreement for Re/Max to market real property located at 221 Howell Avenue, Spring Lake, New Jersey 07762 (the "Property"). A copy of the listing agreement is attached as Exhibit A.

00484162 - 1

5. Consistent with the listing agreement, the proposed arrangement for compensation, including hourly rates, if applicable, is as follows: Re/Max shall be entitled to a commission of five percent (5%) of the sale price of the Property. In the event the purchaser(s) of the Property is represented by a broker, the five percent (5%) earned commission shall be split evenly.

6. In the event the debtor, any family member of the debtor, or co-owner of the Property makes an offer to purchase the Property which results in the sale of the Property to debtor or any family member, Re/Max shall not be entitled to a commission.

7. To the best of my knowledge, after reasonable and diligent investigation, my connection with the debtor, creditors, any other party in interest, their respective attorneys and accountants, the United States trustee, or any person employed in the office of the United States trustee, is as follows:

    ☒ None

    ☐ Describe Connection:

8. To the best of my knowledge, after reasonable and diligent investigation, the connection of my firm, its members, shareholders, partners, associates, officers and/or employees with the debtors, creditors, any other party in interest, their respective attorneys and accountants, the United States trustee, or any person employed in the office of the United States trustee, is as follows:

    ☒ None

    ☐ Describe Connection:

9. To the best of my knowledge, my firm, its members, shareholders, partners, associates, officers and/or employees and I (check all that apply):

- ☒ do not hold an adverse interest to the estate.
- ☒ do not represent an adverse interest to the estate.
- ☒ are disinterested under 11 U.S.C. § 101(14).
- ☒ do not represent or hold any interest adverse to the Debtor or the estate with respect to the matter for which I will be retained under 11.U.S.C. § 327(a).
- ☐ Other, explain:

10. If the professional is an auctioneer, appraiser or realtor, the location and description of the property is as follows: 221 Howell Avenue, Spring Lake, New Jersey 07762.

I certify that the foregoing statements made by me are true. I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

Date: 6-3-15

Salvatore Ventre, III